UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVEN MERRILL,<br>SARA MERRILL<br><br>  PLAINTIFFS<br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>BANK OF AMERICA, N.A.<br><br>  DEFENDANTS | DOCKET NO. 2:15-cv-00376-DBH |

## NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Steven Merrill and Sara Merrill hereby notice the Court of the dismissal of the above-captioned matter, with prejudice. Each party shall bear its own costs and attorneys' fees.

/s/ *Andrea Bopp Stark*
Andrea Bopp Stark Esq.
Molleur Law Office
419 Alfred Street
Biddeford, Me 04005
(207) 283-3777
andrea@molleurlaw.com

Date: February 9, 2016

*Attorneys for Plaintiffs Steven and Sara Merrill*

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 9, 2016, I electronically filed the foregoing document entitled Notice of Dismissal of Plaintiff's Complaint with Prejudice to be filed through the Court's CM/ECF system which will send notification of such filing to the following:

  John J. Aromando, Esq.

  Alyson G. Traw, Esq.

                                      */s/ Andrea Bopp Stark*
                                      Andrea Bopp Stark, Esq.
                                      Molleur Law Office
                                      419 Alfred Street
                                      Biddeford, Me 04005
                                      (207) 283-3777
                                      andrea@molleurlaw.com